THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARRON GADDY, Appellant. [852 NYS2d 842]—

The court properly determined that defendant was ineligible for resentencing (*see* Correction Law § 851 [2], [2-b]; *People v Barber*, 46 AD3d 359 [2007]). Concur—Tom, J.P., Friedman, Nardelli, Catterson and Moskowitz, JJ.